IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

FILED
2009 AUG 21 P 3: 08

In Re: )
)
FRANK CARTER, JR., and ) BK 08-10207-TMW
SINTHIA CARTER, ) Chapter 7
)
Debtors. )

PAYMENT OF UNCLAIMED FUNDS TO THE CLERK
PURSUANT TO BANKRUPTCY RULE 3011

The trustee reports that all orders of the Court have been complied with and that pursuant to the Order Authorizing Payment of Dividends and Compensation and Expenses of the Trustee, all checks have been issued and mailed to creditors at their last known addresses.

The following checks have not been presented for payment within the prescribed time limit (90 days). Accompanying this report is a check payable to the Clerk of the Court for the total amount, in accordance with Rule 3011 of the Federal Rules of Bankruptcy Procedure.

| Claim No. | Check No. | Payee/Address | Amount |
|---|---|---|---|
| 4 | 103 | SHIP ADVISOR LLC<br>P O BOX 3358<br>SALT LAKE CITY, UT 84110 | $ 12.69 |

Dated: 8/21/09

JANICE D. LOYD, TRUSTEE, OBA #11910
BELLINGHAM, COLLINS & LOYD, P.C.
210 Park Ave., Suite 2050
Oklahoma City, Oklahoma 73102
(405)235-9371   (405)232-1003 (FAX)
jdltrustee@bcllawfirm.com